UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDGAR RODRIGUEZ ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -against- ) | Civil Action No. 12-1923 (RC) |
| ) | |
| U.S. DEPARTMENT OF THE ARMY, ) | |
| ) | |
| and ) | |
| ) | |
| SECRETARY OF THE ARMY ) | |
| JOHN MCHUGH ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney John J. Gowel as counsel for defendants in the above captioned case.

Respectfully submitted,

_____/s/_____
JOHN J. GOWEL
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780
john.gowel@usdoj.gov